**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2240**

_____

ANITA THOMAS,

              Plaintiff - Appellant,

     v.

CUMBERLAND COUNTY BOARD OF EDUCATION; VANSTORY HILLS
ELEMENTARY SCHOOL,

              Defendants - Appellees,

     and

BETTY MUSSLEWHITE; KAREN KOONCE; LYNN GLASS,

              Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge. (5:10-cv-00552-FL)

_____

Submitted: February 27, 2014       Decided: March 4, 2014

_____

Before NIEMEYER, KING, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Anita Thomas, Appellant Pro Se.  Amy Yager Jenkins, MCANGUS,
GOUDELOCK & COURIE, LLC, Mount Pleasant, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anita Thomas appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her civil action alleging retaliation under Title VII of the Civil Rights Act of 1964, and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Cumberland Cnty. Bd. of Educ., No. 5:10-cv-00552-FL (E.D.N.C. Aug. 28, 2013; Oct. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED